U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*FILED JUN 1 4 2010 — MICHAEL J. ROEMER, CLERK — WESTERN DISTRICT OF NY — UNITED STATES DISTRICT COURT*

| PLAINTIFF | UNITED STATES OF AMERICA |
|---|---|

**COURT CASE NUMBER:** 99-CR-84A

| DEFENDANT | WAYNE MICHALAK |
|---|---|

**TYPE OF PROCESS:** JUDGMENT DEBTOR EXAMINATION SUBPOENA

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

WAYNE MICHALAK

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

9896 Limehouse Drive, Clarence, NY 14031-2062

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM J. HOCHUL, JR., USA
United States Attorney's Office        716-843-5880
138 Delaware Avenue    Attn: Lisa Nowak
Buffalo, New York 14202

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

**SERVICE MUST BE MADE ON OR BEFORE JUNE 22, 2010.**

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Kevin D. Robinson, AUSA

**TELEPHONE NUMBER:** (716) 843-5700 x 804
**DATE:** 05/11/10

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 55 | 55 | Lynn M Clark | 5/13/10 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

**Date of Service:** 6/4/10
**Time:** 9:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:** 5/24 - ENDV, NOT HOME
5/25 - "     "    "
6/2    "     "    "
6/3    "     "    "    NAIL & MAIL SERVICE, MAILED ON 6/4

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 5 COPIES to USMS.    **FORM USM 285 (Rev. 12/15/80)**

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

        Plaintiff,

    -v-                                  1:99CR000-84-001

WAYNE MICHALAK,

        Defendant.
_____

## JUDGMENT DEBTOR EXAMINATION SUBPOENA

YOU ARE COMMANDED to appear at the United States Attorney's Office, Federal Centre, 138 Delaware Avenue, Buffalo, New York for a Judgment Debtor Examination, by Plaintiff, in the above-entitled action on **Tuesday, July 6th, 2010**, at **10:40 A.M.** and bring with you the following documents now in your possession as they pertain to the above-named Defendant:

    1. Earnings statements from your most recent paycheck.

    2. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

    3. Current bank statements for the past 12 months from all banks or other financial institutions where any sole proprietorship, partnership or corporation in which you, or your

spouse, own any interest or have an account of any kind.

4. Current bank statements for the past 12 months from all banks, or other institutions where you, or your spouse, have an account of any kind.

5. All trust agreements in which you or your spouse are named trustor, trustee or beneficiary.

6. All deeds, leases, contracts, and other documents representing any ownership interest you or your spouse have in any real property and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

7. All stocks, bonds, or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.

8. Titles to all motor vehicles owned by you or your spouse.

9. All life insurance policies in which you are either the insured or the beneficiary.

10. All promissory notes held by you and all other documents evidencing any money owed to you either now or in the future.

11. All financial statements furnished by you within the past five years.

12. All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale, or otherwise within the last five years.

13. A schedule of all expenses regularly paid by you, such as installment debts, food, utilities, etc. Include the amount paid,

the payee, and, if an installment debt, the amount of debt owing and any security pledged.

14. All documents evidencing any interest you have in any pension plan, retirement fund, or profit sharing plan.

15. All records pertaining to your assets and finances.

16. Copies of income tax returns for the past 3 years.

17. All records of any unincorporated business of which you are an owner or part-owner, or have been an owner within the past 3 years.

DATED: Buffalo, New York, May 11, 2010.

WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202

BY: /s/ Kevin D. Robinson
KEVIN D. ROBINSON
Assistant United States Attorney

TO: Wayne Michalak
    9896 Limehouse Drive
    Clarence, NY  14031

    1 - Via Certified Mail, Return Receipt Requested
    1 - Via Regular Mail
    1 - Via USM Form-285